# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           No. 2:09-CR-0043-KJM-CMK

        Respondent,

    vs.                   ORDER

MARVIN CHAVELLE EPPS,

        Movant.

_____/

        Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. On July 20, 2012, respondent filed a motion to dismiss movant's § 2255 motion. In response to respondent's motion, in which respondent argues that the court lacks jurisdiction because movant entered into a written plea agreement in which he waived his right to collaterally challenge his sentence or conviction, movant filed a motion for leave to amend on August 13, 2012, seeking to add claims relating to the validity of the plea agreement. Respondent shall file a response to movant's motion for leave to amend within 20 days of the date of this order.

        IT IS SO ORDERED.


DATED: October 15, 2012

                        _____
                        **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE